**45D04-2304-CT-000447**

Lake Superior Court, Civil Division 4

Filed: 4/17/2023 3:21 PM
Clerk
Lake County, Indian

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT LAKE COUNTY, INDIANA |

| | |
|---|---|
| THE ESTATE OF JOSAPHAT DAYSON, ) | |
| Deceased, by ANNA DAYSON, as ) | |
| Personal Representative, ANNA DAYSON, ) | |
| Individually, and AARON DAYSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO.: |
| ) | |
| AMARJIT SINGH and ) | |
| ACE EXPRESS, INC. and/or ) | |
| ACE XPRESS, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COME the Plaintiffs, by counsel, and complaining of the Defendants, state as follows:

1.    That all of the operative events herein occurred within the territorial boundaries and confines of Lake County, Indiana.

2.    That at the time of the incident described herein, Defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., was a foreign for-profit corporation/entity conducting interstate commercial trucking business upon the roadways of Indiana, including Lake County, Indiana.

3.    That on or about Sunday, May 2, 2021, at approximately 6:00 p.m., Plaintiff, JOSAPHAT DAYSON, was a duly restrained driver operating his car westbound, in stop and go traffic, on the I-80 Interstate Highway, near mile marker 5.7, in proximity to Gary, Lake County, Indiana.

-1-


EXHIBIT
A

4.   That on or about Sunday, May 2, 2021, at approximately 6:00 p.m., Plaintiff, ANNA DAYSON, was a duly restrained passenger in the car being operating by JOSAPHAT DAYSON, westbound, in stop and go traffic, on the I-80 Interstate Highway, near mile marker 5.7, in proximity to Gary, Lake County, Indiana.

5.   That on or about Sunday, May 2, 2021, at approximately 6:00 p.m., Plaintiff, AARON DAYSON, was a duly restrained passenger in the car being operating by JOSAPHAT DAYSON, westbound, in stop and go traffic, on the I-80 Interstate Highway, near mile marker 5.7, in proximity to Gary, Lake County, Indiana.

6.   That on or about Sunday, May 2, 2021, at the same approximate time and location, defendant, AMARJIT SINGH (hereinafter "Singh") was operating a loaded semi-tractor trailer, in a 55 mile per hour speed zone, behind the car Josaphat Dayson was duly driving, and in which, Anna Dayson and Aaron Dayson were duly seated as restrained passengers.

7.   That on and before May 2, 2021, defendant Singh owed the plaintiffs, and other drivers and their passengers upon the public highway, a duty to use reasonable care in the operation, inspection, maintenance, and repair of the semi tractor-trailer he was driving, so as to avoid causing injury, harm, damages, and loss.

8.   However, on May 2, 2021, Singh breached the foregoing duty and was negligent and/or reckless in one or more of the following ways, *inter alia*:

a    Singh followed the plaintiffs' car too closely;
b    Singh failed to give himself enough time and room to bring his truck to a stop especially given the known and/or expected conditions existing on the highway;
c    Singh failed to keep and maintain reasonable and proper lookout for vehicles traveling in front of him and/or allowed himself to become distracted and was inattentive to same:

d Singh failed to reasonably and properly control his commercial vehicle;

e Singh operated his commercial vehicle at an unsafe and unreasonable speed, too fast for conditions, given the then-existing traffic conditions;

f Singh failed to take reasonable steps or actions or failed to make reasonable maneuvers to avoid a collision;

g Singh failed to act as a reasonably prudent professionally-licensed and trained truck driver would have acted under the same or similar conditions;

h Singh failed to comply with Parts 390, 391, 392, 395, and 396 of the Federal Motor Carrier Safety Regulations, as he was a professional truck driver possessing a commercial driver's license;

i Singh failed to reduce his traveling speed to avoid a collision;

j Singh failed to inspect the vehicle he was driving, before operating it, when a reasonable inspection would have revealed needed repairs or unreasonably dangerous defects;

k Singh failed to maintain the vehicle he was driving, before operating it, when reasonable maintenance would have prevented needed repairs and/or unreasonably dangerous defects;

l Singh failed to repair the vehicle he was driving when he knew or, in the exercise of reasonable care, should have known that the vehicle he was driving was in need of repair and/or was unreasonably dangerous to operate; and/or

m Singh was otherwise negligent under the circumstances.

9. As a direct and proximate result of Singh's negligence and/or recklessness, he crashed his 3 axel, 18 wheel semi-tractor trailer, weighing in excess of 26,000 pounds, into the rear end of the plaintiff's small passenger car with great force and violence knocking plaintiffs into traffic ahead of them.

10. As a direct and proximate result of Singh's negligence and the resulting impact, the Plaintiffs, and each of them, sustained personal and physical injuries; incurred and will incur medical, hospital, surgical, pharmaceutical, and therapeutic expenses; suffered and will suffer physical pain, mental suffering and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature.

11. At all times relevant herein, Anna Dayson was the wife of Josaphat Dayson.

12. At all times relevant herein, Josaphat Dayson was an adult, age 53, having been born on January 7, 1968.

13. On August 26, 2022, Josaphat Dayson passed away from apparently unrelated causes.

14. Thereafter, Anna Dayson was duly appointed as the Personal Representative of the Estate of Josaphat Dayson by Order of the Circuit Court of Cook County, Illinois, under cause number 23 P 768.

15. Defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., is authorized to operate as a motor carrier under the Federal Motor Carrier Safety Act.

16. That on May 2, 2021, defendant, Amarjit Singh, was an employee and/or agent of defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., and acting within the scope and course of said employment and/or agency.

17. That on May 2, 2021, Amarjit Singh, was an employee of defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., as defined by the Federal Motor Carrier Safety Act., 49 C.F.R. 390.5.

18. That defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., is vicariously liable under the doctrine of *Respondeat Superior* for the negligent acts and/or omissions of defendant, Amarjit Singh.

19. That on and before May 2, 2021, Defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., owed Plaintiffs, and other drivers and their passengers upon the public highways, a duty to use reasonable care in the hiring, training, supervision, and retention of those entrusted to operate its tractor-trailer owned by Defendant, ACE EXPRESS,

INC. and/or ACE XPRESS, INC., so as to avoid causing injury, loss, harm or damage to others.

20. That on or about May 2, 2021, Defendant, ACE EXPRESS, INC. and/or ACE XPRESS, INC., breached the foregoing duties and was negligent and/or reckless.

21. As a direct and proximate result of such negligence and/or recklessness, and the resulting wreck, the Plaintiffs sustained personal and physical injuries; incurred and will incur medical, hospital, surgical, pharmaceutical, and therapeutic expenses; suffered and will suffer physical pain, mental suffering and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature.

WHEREFORE, Plaintiffs pray for reasonable compensatory relief from Defendants, for all injuries, expenses, losses, harm, and damages pertaining to or relating to the crash described herein, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

**WALTER J. ALVAREZ, P.C.**

*/s/Brock P. Alvarado*
Brock P. Alvarado (16348-45)
*Attorneys for Plaintiffs*

## JURY DEMAND

Plaintiffs demand trial by jury as to all issues raised in their Complaint.

Respectfully submitted,

**WALTER J. ALVAREZ, P.C.**

*/s/Brock P. Alvarado*
Brock P. Alvarado (16348-45)
*Attorneys for Plaintiffs*
1524 W. 96th Avenue
Crown Point IN 46307
T (219) 662-6400
F (219) 662-6410
Email: brock@gowithalvarez.com

-6-